## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

**Tiffany Denise Mack**

(Set forth here all names including married,
maiden, and trade names used by debtor within
the last 8 years.)

DEBTOR(S)

Address:
**124 Elders Pond Circle**
**Columbia, SC 29229**

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s)., (if any):
**6630**

Case No. 15-06842
Chapter 13

**STATEMENT OF CHANGE**

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned
hereby amends his schedules and statements as follows:

| | | |
|---|---|---|
| 1) | Amended Schedule I: | Amended to update income |
| 2) | Amended Schedule J: | Amended to update expenses |
| 3) | Attorney Fee Disclosure: | Added to case |
| 4) | Amended Schedule E: | Amended to add creditors |

Southeast Credit Systems
4120 International Parkway, Suite 1100
Carrollton, TX 75007

Palmetto Health Lab
3091 Governors Lake Drive, Suite 500
Peachtree, GA 30071

Midlands Endoscopy
PO Box 742280
Atlanta, GA 30374

Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

A Brighter Smile
1410 Colonial Life Blvd, Suite 160
Columbia, SC 29210

Columbia Plastic Surgery
3020 Sunset Blvd, Suite 100
Columbia, SC 29169

Pathology Associates of Lexington
PO Box 896156
Charlotte, NC 28289

Pitts Radiology
PO Box 602728
Charlotte, NC 28260-2728

Lexington Medical Center
2720 Sunset Blvd
West Columbia, SC 29169

Lexington Radiology Associates
110 E. Medical Lane, Suite 210B
West Columbia, SC 29169

MSN Management, LLC
7001 St. Andrews Road, Suite 336
Columbia, SC 29212

Tuition Options
PO Box 387
Marlton, NJ 08053

Date: August 8, 2019

/s/ Jason T. Moss
Signature of Attorney
Moss & Associates, Attorneys PA
816 Elmwood Ave.
Columbia, SC 29201
(803) 933-0202
7240
District Court I.D. Number

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

**Tiffany Denise Mack**

(Set forth here all names including married,
maiden, and trade names used by debtor within
the last 8 years.)

Case No. 15-06842
Chapter 13

DEBTOR(S)

Address:
**124 Elders Pond Circle**
**Columbia, SC 29229**

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s)., (if any):
**6630**

### SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. §329 and Fed. Bankr. R.P. 2016(b), I certify that I am the attorney for the
above names debtor(s) and that I have received the funds below as compensation for services rendered or
to be rendered on behalf of the debtor(s) in connection with the above-captioned case.

For legal services, I have received: $1,299.00 from the debtor(s) to represent her in her case.

In return for the above-disclosed fee, I have agreed to render the following legal service(s) for the
debtor(s):

Conversion of case from Chapter 13 to Chapter 7

I certify that the foregoing is a complete statement of my arrangement with the debtor(s) for the
payment of the above-mentioned services rendered for the above-mentioned fee.

/s/ Jason T Moss
Jason T Moss
Attorney for the Debtor(s)
816 Elmwood Avenue
Columbia, South Carolina 29201
(803) 933-0202
District Court I.D. # 7240

August 8, 2019

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Tiffany Denise Mack** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **15-06842** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|

| 2.1 | **IRS** | Last 4 digits of account number **6630** | **$7,403.32** | **$7,403.32** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** **2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations

☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Federal Income Taxes**

| 2.2 | **SC DEPT OF REVENUE** | Last 4 digits of account number **6630** | **$1,409.00** | **$1,409.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 12265**
**Columbia, SC 29211**
Number Street City State Zip Code

**When was the debt incurred?** **2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations

☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**State Taxes**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                29926                Best Case Bankruptcy

Debtor 1   **Tiffany Denise Mack**                                    Case number (if known)     **15-06842**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of
Part 2.

|  | | | Total claim |
|---|---|---|---|
| **4.1** | **A BRIGHTER SMILE** | Last 4 digits of account number   6630 | **$25.00** |

Nonpriority Creditor's Name
**1410 COLONIAL LIFE BLVD, SUITE 160**
**Columbia, SC 29210**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

| **4.2** | **AARONS** | Last 4 digits of account number   1283 | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1015 COBB PLACE BLVD, NW**
**Kennesaw, GA 30144**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **7/13**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

Debtor 1    **Tiffany Denise Mack**                                                    Case number (if known)    **15-06842**

---

| 4.3 | **AMERICAN MUSICAL SUPPLY** | Last 4 digits of account number | 6630 | $99.67 |

Nonpriority Creditor's Name
**PO BOX 152**
**Spicer, MN 56288**

When was the debt incurred?    **12/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Line of Credit**

---

| 4.4 | **AMERICASH** | Last 4 digits of account number | 6630 | $2,300.06 |

Nonpriority Creditor's Name
**880 LEE STREET,STE 302**
**Des Plaines, IL 60016**

When was the debt incurred?    **6/13**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Cash Advance**

---

| 4.5 | **CAPITAL ER GROUP** | Last 4 digits of account number | 0148 | $1,180.00 |

Nonpriority Creditor's Name
**1 CENTERPOINTE DR**
**STE 450**
**La Palma, CA 90623**

When was the debt incurred?    **11/09**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical Bills**

---

Debtor 1   **Tiffany Denise Mack**                                   Case number (if known)   **15-06842**

---

| 4.6 | **COLUMBIA PLASTIC SURGERY** | Last 4 digits of account number   **6630** | **$80.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3020 SUNSET BLVD**
**West Columbia, SC 29169**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Bills**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

| 4.7 | **ECMC** | Last 4 digits of account number   **1493** | **$19,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 64909**
**Saint Paul, MN 55116-0408**
Number Street City State Zip Code

When was the debt incurred?   **2007/2008/2009/2010**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Student Loan**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

| 4.8 | **EDUCATIONAL FUNDING RESOURCES** | Last 4 digits of account number   **6630** | **$1,590.12** |
|---|---|---|---|

Nonpriority Creditor's Name
**SOUTH UNIVERSITY**
**9 SCIENCE COURT**
**Columbia, SC 29229**
Number Street City State Zip Code

When was the debt incurred?   **2008**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Student Loan**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

Debtor 1    **Tiffany Denise Mack**                                               Case number (if known)    **15-06842**

---

| 4.9 | **ENHANCED RECOVERY** | Last 4 digits of account number    **2212** | $481.36 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 57610**
**Jacksonville, FL 32241**                     When was the debt incurred?    **1/14**
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community        ☐ Student loans
debt
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                ■ Other. Specify    **Collections-SPRINT**

---

| 4.10 | **LEXINGTON MEDICAL CENTER** | Last 4 digits of account number    **6630** | $28.96 |
|---|---|---|---|

Nonpriority Creditor's Name
**2720 SUNSET BLVD**
**West Columbia, SC 29169**                     When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community        ☐ Student loans
debt
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                ■ Other. Specify    **Medical Bills**

---

| 4.11 | **LEXINGTON RADIOLOGY ASSOCIATES** | Last 4 digits of account number    **6603** | $4,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1109 MEDICAL LANE, SUITE 210B**
**West Columbia, SC 29169**                     When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community        ☐ Student loans
debt
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                ■ Other. Specify    **Medical Bills**

---

Debtor 1    **Tiffany Denise Mack**                    Case number *(if known)*    **15-06842**

---

| 4.1 2 | **MEDICAL DATA SYSTEMS** | Last 4 digits of account number | **8987** | | $1,561.00 |

Nonpriority Creditor's Name

**2001 9TH AVE**
**STE 312**
**Vero Beach, FL 32960-6413**

When was the debt incurred?    **3/15**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 3 | **MEDICAL SERVICES OF AMERICA** | Last 4 digits of account number | **9350** | | $878.00 |

Nonpriority Creditor's Name

**PO BOX 890412**
**Charlotte, NC 28289**

When was the debt incurred?    **2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bills**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 4 | **MIDLANDS ENDOSCOPY** | Last 4 digits of account number | **6630** | | $614.00 |

Nonpriority Creditor's Name

**PO BOX 742280**
**Atlanta, GA 30374**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bills**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 5 | **MSN MANAGEMENT LLC** | Last 4 digits of account number | 6630 | | $173.60 |

**MSN MANAGEMENT LLC**
Nonpriority Creditor's Name
**7001 ST ANDREWS ROAD, SUITE 336**
**Columbia, SC 29212**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    6630                    $173.60

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections**

---

| 4.1 6 | **NAVIENT** | Last 4 digits of account number | 6630 | | $52,000.00 |

**NAVIENT**
Nonpriority Creditor's Name
**PO BOX 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    6630                    $52,000.00

When was the debt incurred?    1/05

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Student Loan**

---

| 4.1 7 | **NPRTO SOUTH EAST** | Last 4 digits of account number | 7488 | | $2,299.20 |

**NPRTO SOUTH EAST**
Nonpriority Creditor's Name
**10619 SOUTH JORDAN GATEWAY, STE 100**
**South Jordan, UT 84095**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    7488                    $2,299.20

When was the debt incurred?    1/15

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections-KIMBRELLS**

---

Debtor 1  **Tiffany Denise Mack**                                    Case number (if known)    **15-06842**

| 4.18 | | | |
|---|---|---|---|
| **PALMETTO HEALTH BAPTIST** | | Last 4 digits of account number   **6630** | **$18,485.00** |

Nonpriority Creditor's Name
**293 GREYSTONE BLVD**
**Columbia, SC 29210**

When was the debt incurred?    **1/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Bills**

---

| 4.19 | | | |
|---|---|---|---|
| **PALMETTO HEALTH LABS** | | Last 4 digits of account number   **6630** | **$81.50** |

Nonpriority Creditor's Name
**3091 GOVERNORS LAKE DRIVE, SUITE 500**
**Norcross, GA 30071**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Bills**

---

| 4.20 | | | |
|---|---|---|---|
| **PALMETTO OBGYN** | | Last 4 digits of account number   **1131** | **$1,244.88** |

Nonpriority Creditor's Name
**1333 TAYLOR STREET**
**Columbia, SC 29201**

When was the debt incurred?    **1/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Bills**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Tiffany Denise Mack**                                                Case number (if known)   __15-06842__

---

| | | |
|---|---|---|
| **4.2 1** | **PATHOLOGY ASSOCIATES OF LEXINGTON** | Last 4 digits of account number  **6630** |

Nonpriority Creditor's Name

**PO BOX 896156**
**Charlotte, NC 28289**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

$50.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

---

| | | |
|---|---|---|
| **4.2 2** | **PETERSON'S PLANTE INTERNAL** | Last 4 digits of account number  **0999** |

Nonpriority Creditor's Name

**1750 LAUREL STREET**
**Columbia, SC 29201**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

$1,194.00

When was the debt incurred?  **11/07**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

---

| | | |
|---|---|---|
| **4.2 3** | **PITTS RADIOLOGY** | Last 4 digits of account number  **6630** |

Nonpriority Creditor's Name

**PO BOX 602728**
**Charlotte, NC 28260**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

$26.93

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

---

Debtor 1   **Tiffany Denise Mack**                                    Case number (if known)    **15-06842**

| 4.2<br>4 | **PROGRESSIVE NORTHERN INSURANCE** | Last 4 digits of account number | **5157** | | $163.81 |

Nonpriority Creditor's Name

**PO BOX 55126**
**Boston, MA 02205**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **1/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Services**

---

| 4.2<br>5 | **RECEIVABLE SOLUTIONS** | Last 4 digits of account number | **0267** | | $297.00 |

Nonpriority Creditor's Name

**1325 GARNERS LN**
**STE C**
**Columbia, SC 29210**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **1/10**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collections-LEXINGTON RADIOLOGY**

---

| 4.2<br>6 | **RECEIVABLE SOLUTIONS** | Last 4 digits of account number | **0221** | | $164.00 |

Nonpriority Creditor's Name

**1325 GARNERS LN**
**STE C**
**Columbia, SC 29210**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **9/09**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collections-PITTS RADIOLOGY**

---

| 4.27 | **RECEIVABLE SOLUTIONS** | Last 4 digits of account number    0456 | | $3,092.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1325 GARNERS LN**
**STE C**
**Columbia, SC 29210**
Number Street City Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    10/12

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Collections-LEXINGTON COUNTY HEALTH SERVICES**

---

| 4.28 | **REGIONS BANK** | Last 4 digits of account number    3575 | | $202.27 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 2409**
**Houston, TX 77252**
Number Street City Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    1/13

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Line of Credit**

---

| 4.29 | **RESURGENT CAPITAL SERVICES** | Last 4 digits of account number    6630 | | $970.33 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 10497**
**Greenville, SC 29603**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections**

---

| 4.3 0 | **RICHLAND COUNTY TREASURER** | Last 4 digits of account number   **6630** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 11947**
**Columbia, SC 29211**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.3 1 | **SANDHILLS PEDIATRICS** | Last 4 digits of account number   **4197** | **$200.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1749 MARSHALL ST**
**Columbia, SC 29203**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **12/11**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Medical Bills**

---

| 4.3 2 | **SC DEPT OF SOCIAL SERVICES** | Last 4 digits of account number   **6630** | **$2,910.24** |
|---|---|---|---|

Nonpriority Creditor's Name
**SNAP PROGRAM**
**PO BOX 1520**
**Columbia, SC 29202**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **1/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Overpayment**

---

Debtor 1    **Tiffany Denise Mack**                                   Case number (if known)    15-06842

---

| 4.3 3 | **SC INTERNAL MEDICINE** | **Last 4 digits of account number** 0001 | **$453.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 11416**
**Columbia, SC 29211**

**When was the debt incurred?** 2015

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bills**

---

| 4.3 4 | **SISTERS OF CHARITY PROVIDENCE** | **Last 4 digits of account number** 6630 | **$1,903.76** |
|---|---|---|---|

Nonpriority Creditor's Name
**110 GATEWAY CORP BLVD, STE 200**
**Columbia, SC 29203**

**When was the debt incurred?** 1/14

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bills**

---

| 4.3 5 | **SOUTHEAST CREDIT SYSTEMS** | **Last 4 digits of account number** 6630 | **$807.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4120 INTERNATIONAL PARKWAY SUITE 1100**
**Carrollton, TX 75007**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections**

---

Debtor 1  **Tiffany Denise Mack**                                    Case number *(if known)*    **15-06842**

---

| 4.3 6 | | |
|---|---|---|

**TD BANK**
Nonpriority Creditor's Name

**PO BOX 129**
**Thorofare, NJ 08086**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **5800**                    **$880.21**

When was the debt incurred?    **1/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Line of Credit**

---

| 4.3 7 | | |
|---|---|---|

**TMOBILE**
Nonpriority Creditor's Name

**PO BOX 2147**
**Southgate, MI 48195**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4896**                    **$874.92**

When was the debt incurred?    **1/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services**

---

| 4.3 8 | | |
|---|---|---|

**TUITION OPTIONS**
Nonpriority Creditor's Name

**PO BOX 387**
**Marlton, NJ 08053**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **6630**                    **$10,915.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| 4.3 9 | **VERIZON** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  **6349** | **$932.63** |
| | **PO BOX 55126** | | |
| | **Boston, MA 02205** | When was the debt incurred?  **1/13** | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Services**

---

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ATTORNEY GENERAL OF UNITED STATES**
**950 PENNSYLVANIA AVE, NW**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**NAVIENT**
**501 BLEECKER ST**
**Utica, NY 13501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**PETERSON'S PLANTE INTERNAL**
**PO BOX 126**
**Concord, NC 28026**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**SPRINT**
**PO BOX 7949**
**Overland Park, KS 66207**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US ATTORNEY'S OFFICE**
**ATTN DOUG BARNETT**
**1441 MAIN ST STE 500**
**Columbia, SC 29201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $  0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $  8,812.32 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $  0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $  0.00 |

**Fill in this information to identify your case:**

Debtor 1    **Tiffany Denise Mack**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number   **15-06842**
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter
13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**   **BILLING** | |
| | | **Employer's name**   **VBO ASSOCIATES** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address**   **1441 MAIN STREET, STE 890 Columbia, SC 29201** | |
| | | **How long employed there?**   **6 YEARS** | |

**Part 2:**    **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   **3,080.89** | $   N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   **0.00** | +$   N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $   **3,080.89** | $   N/A |

Debtor 1 __Tiffany Denise Mack__      Case number *(if known)* __15-06842__

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 3,080.89 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 262.28 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 30.81 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 172.03 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: __GYM__ | 5h.+ | $ 13.16 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 478.28    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ 2,602.61    $ N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____ | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: ____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $ 2,602.61 + $ N/A = $ 2,602.61
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: ____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $ 2,602.61

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:   __DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR.__

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC  29201

| | |
|---|---|
| Pay Begin Date: | 07/01/2019 |
| Pay End Date: | 07/14/2019 |
| Advice #: | 990993 |
| Advice Date: | 07/19/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC    29229

Employee Id:  VBO0098
Department:  University Hospitals
Location:

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 71.52 | $1,265.19 | 1087.45 | $19,236.99 |
| OT Pay @ 1.5 | 0.02 | $0.53 | 13.02 | $345.50 |
| Paid Time Off | 0.50 | $8.85 | 73.10 | $1,293.14 |
| Holiday Pay | 8.00 | $141.52 | 32.00 | $566.08 |
| Bonus | 0.00 | $0.00 | 0.00 | $100.00 |
| Variable Pay | 0.00 | $0.00 | 0.00 | $24.50 |
| Total: | 80.04 | $1,416.09 | 1205.57 | $21,566.21 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | $0.00 |
| Fed FICA Med Hospital Ins / EE | $20.25 | $308.40 |
| Fed OASDI/Disability - EE | $86.56 | $1,318.66 |
| SC Withholding | $12.52 | $208.93 |
| Total: | $119.33 | $1,835.99 |

## Before-tax deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.16 | $215.67 |
| Pre Tax Dental | $2.66 | $39.90 |
| Pre Tax Health Care | $12.89 | $193.35 |
| Vision | $4.28 | $64.20 |
| Total: | $33.99 | $513.12 |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | $4,537.50 |
| Child Critical Illness | $0.51 | $7.65 |
| EE Critical Illness | $6.78 | $101.70 |
| Group Accident | $16.05 | $240.75 |
| Gym Fees | $11.54 | $126.90 |
| Voluntary AD&D | $1.38 | $20.70 |
| Voluntary Dependent Life | $1.71 | $25.65 |
| Voluntary Employee Life | $7.11 | $106.65 |
| Voluntary Long Term Disability | $6.51 | $97.65 |
| Voluntary Short Term Dis | $20.40 | $306.00 |
| Total: | $374.49 | $5,571.15 |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.54 | $53.91 |
| Total: | $3.54 | $53.91 |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $738.28 |
| Total: | | $888.28 |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000990993 | $888.28 |
| Total: | $888.28 |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC  29201

| | |
|---|---|
| Pay Begin Date: | 06/17/2019 |
| Pay End Date: | 06/30/2019 |

| | |
|---|---|
| Advice #: | 989349 |
| Advice Date: | 07/05/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC    29229

| | |
|---|---|
| Employee Id: | VBO0098 |
| Department: | University Hospitals |
| Location: | |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 72.90 | $1,289.60 | | |
| OT Pay @ 1.5 | 0.20 | $5.31 | | |
| Paid Time Off | 7.10 | $125.60 | | |
| Bonus | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Variable Pay | 0.00 | $0.00 | | |
| **Total:** | **80.20** | **$1,420.51** | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.31 | |
| Fed OASDI/Disability - EE | $86.85 | |
| SC Withholding | $12.78 | |
| **Total:** | **$119.94** | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.21 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | **$34.04** | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $11.54 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | **$374.49** | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.55 | |
| **Total:** | **$3.55** | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $742.04 |
| **Total:** | | **$892.04** |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000989349 | $892.04 |
| **Total:** | **$892.04** |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC  29201

| | |
|---|---|
| Pay Begin Date: | 06/03/2019 |
| Pay End Date: | 06/16/2019 |

| | |
|---|---|
| Advice #: | 988058 |
| Advice Date: | 06/21/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC    29229

Employee Id:   VBO0098
Department:
Location:        University Hospitals

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 3.17 | $84.12 | | |
| Bonus | 0.00 | $0.00 | | |
| Variable Pay | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| **Total:** | 83.17 | $1,499.32 | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $21.45 | |
| Fed OASDI/Disability - EE | $91.73 | |
| SC Withholding | $17.46 | |
| **Total:** | $130.64 | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.99 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | $34.82 | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $11.54 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | $374.49 | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.75 | |
| **Total:** | $3.75 | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $809.37 |
| **Total:** | | $959.37 |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000988058 | $959.37 |
| **Total:** | $959.37 |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC  29201

| | |
|---|---|
| Pay Begin Date: | 05/20/2019 |
| Pay End Date: | 06/02/2019 |

| | |
|---|---|
| Advice #: | 986299 |
| Advice Date: | 06/07/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC    29229

| | |
|---|---|
| Employee Id: | VBO0098 |
| Department: | |
| Location: | University Hospitals |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 67.28 | $1,190.18 | | |
| Paid Time Off | 4.80 | $84.91 | | |
| Holiday Pay | 8.00 | $141.52 | | |
| Bonus | 0.00 | $0.00 | | |
| OT Pay @ 1.5 | 0.00 | $0.00 | | |
| Variable Pay | 0.00 | $0.00 | | |
| **Total:** | **80.08** | **$1,416.61** | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.25 | |
| Fed OASDI/Disability - EE | $86.60 | |
| SC Withholding | $12.55 | |
| **Total:** | **$119.40** | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.17 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | **$34.00** | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $11.54 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term | $6.51 | |
| Disability | | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | **$374.49** | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.54 | |
| **Total:** | **$3.54** | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $738.72 |
| **Total:** | | **$888.72** |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000986299 | $888.72 |
| **Total:** | **$888.72** |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC  29201

| | |
|---|---|
| Pay Begin Date: | 05/06/2019 |
| Pay End Date: | 05/19/2019 |

| | |
|---|---|
| Advice #: | 984822 |
| Advice Date: | 05/24/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC    29229

| | |
|---|---|
| Employee Id: | VBO0098 |
| Department: | |
| Location: | University Hospitals |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 0.03 | $0.80 | | |
| Variable Pay | 0.00 | $0.00 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| Bonus | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| **Total:** | **80.03** | **$1,416.00** | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.25 | |
| Fed OASDI/Disability - EE | $86.56 | |
| SC Withholding | $12.51 | |
| **Total:** | **$119.32** | |

## Before-tax deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.16 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | **$33.99** | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $11.54 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | **$374.49** | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.54 | |
| **Total:** | **$3.54** | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $738.20 |
| **Total:** | | **$888.20** |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000984822 | $888.20 |
| **Total:** | **$888.20** |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC 29201

| | |
|---|---|
| Pay Begin Date: | 04/22/2019 |
| Pay End Date: | 05/05/2019 |
| Advice #: | 983307 |
| Advice Date: | 05/10/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC    29229

Employee Id: VBO0098
Department: University Hospitals
Location:

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 0.22 | $5.84 | | |
| Bonus | 0.00 | $0.00 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Variable Pay | 0.00 | $0.00 | | |
| **Total:** | **80.22** | **$1,421.04** | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.32 | |
| Fed OASDI/Disability - EE | $86.87 | |
| SC Withholding | $12.81 | |
| **Total:** | **$120.00** | |

## Before-tax deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.21 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | **$34.04** | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $0.00 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | **$362.95** | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.55 | |
| **Total:** | **$3.55** | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $754.05 |
| **Total:** | | **$904.05** |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000983307 | $904.05 |
| **Total:** | **$904.05** |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC 29201

| | |
|---|---|
| Pay Begin Date: | 04/08/2019 |
| Pay End Date: | 04/21/2019 |

| | |
|---|---|
| Advice #: | 981987 |
| Advice Date: | 04/26/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC   29229

| | |
|---|---|
| Employee Id: | VBO0098 |
| Department: | |
| Location: | University Hospitals |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| | Current | | YTD | |
|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Regular Pay | 66.40 | $1,174.62 | | |
| OT Pay @ 1.5 | 0.03 | $0.80 | | |
| Paid Time Off | 13.60 | $240.58 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Bonus | 0.00 | $0.00 | | |
| Variable Pay | 0.00 | $0.00 | | |
| **Total:** | **80.03** | **$1,416.00** | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.24 | |
| Fed OASDI/Disability - EE | $86.57 | |
| SC Withholding | $12.51 | |
| **Total:** | **$119.32** | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.16 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | **$33.99** | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $0.00 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | **$362.95** | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.54 | |
| **Total:** | **$3.54** | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $749.74 |
| **Total:** | | **$899.74** |

## Net Pay Distributions

| | |
|---|---|
| Advice #0000000981987 | $899.74 |
| **Total:** | **$899.74** |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC 29201

| | |
|---|---|
| Pay Begin Date: | 03/25/2019 |
| Pay End Date: | 04/07/2019 |

| | |
|---|---|
| Advice #: | 980426 |
| Advice Date: | 04/12/2019 |

Tiffany D Mack
124 Elders Pond Clr
Columbia, SC    29229

| | |
|---|---|
| Employee Id: | VBO0098 |
| Department: | |
| Location: | University Hospitals |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 0.02 | $0.53 | | |
| Bonus | 0.00 | $100.00 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| Variable Pay | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| **Total:** | 80.02 | $1,515.73 | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $21.69 | |
| Fed OASDI/Disability - EE | $92.74 | |
| SC Withholding | $18.51 | |
| **Total:** | $132.94 | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $15.16 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | $34.99 | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $0.00 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | $362.95 | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.79 | |
| **Total:** | $3.79 | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $834.85 |
| **Total:** | | $984.85 |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000980426 | $984.85 |
| **Total:** | $984.85 |

# Non-Negotiable

# Payroll Information Statement

## VBO Associates, Inc.
1441 Main Street
Suite 890
Columbia, SC  29201

| | |
|---|---|
| Pay Begin Date: 03/11/2019 | Advice #: 979267 |
| Pay End Date: 03/24/2019 | Advice Date: 03/29/2019 |

Tiffany D Mack
124 Elders Pond Clr
Columbia, SC   29229

Employee Id:   VBO0098
Department:
Location:       University Hospitals

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

### Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 75.00 | $1,326.75 | | |
| OT Pay @ 1.5 | 4.00 | $106.14 | | |
| Paid Time Off | 5.00 | $88.45 | | |
| Variable Pay | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Total: | 84.00 | $1,521.34 | | |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $21.77 | |
| Fed OASDI/Disability - EE | $93.10 | |
| SC Withholding | $18.90 | |
| Total: | $133.77 | |

### Before-tax deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $15.21 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| Total: | $35.04 | |

### After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $0.00 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| Total: | $362.95 | |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.80 | |
| Total: | $3.80 | |

### Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $839.58 |
| Total: | | $989.58 |

### Net Pay Distributions

| | |
|---|---|
| Advice #00000000979267 | $989.58 |
| Total: | $989.58 |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC 29201

| | |
|---|---|
| Pay Begin Date: | 02/25/2019 |
| Pay End Date: | 03/10/2019 |

| | |
|---|---|
| Advice #: | 977665 |
| Advice Date: | 03/15/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC   29229

| | |
|---|---|
| Employee Id: | VBO0098 |
| Department: | |
| Location: | University Hospitals |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 0.02 | $0.53 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Variable Pay | 0.00 | $0.00 | | |
| Total: | 80.02 | $1,415.73 | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.24 | |
| Fed OASDI/Disability - EE | $86.54 | |
| SC Withholding | $12.49 | |
| Total: | $119.27 | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.16 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| Total: | $33.99 | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $18.05 | |
| Gym Fees | $11.50 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| Total: | $374.45 | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.54 | |
| Total: | $3.54 | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $738.02 |
| Total: | | $888.02 |

## Net Pay Distributions

| Description | | Amount |
|---|---|---|
| Advice #00000000977665 | | $888.02 |
| Total: | | $888.02 |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC  29201

| | | | |
|---|---|---|---|
| Pay Begin Date: | 02/11/2019 | Advice #: | 976210 |
| Pay End Date: | 02/24/2019 | Advice Date: | 03/01/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC   29229

| | | | | |
|---|---|---|---|---|
| Employee Id: | VBO0098 | Tax Data | Federal | State |
| Department: | University Hospitals | Marital Status: | Single | Single |
| Location: | | Allowances: | 9 | 9 |
| | | Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 1.03 | $27.33 | | |
| Variable Pay | 0.00 | $24.50 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| Total: | 81.03 | $1,467.03 | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.99 | |
| Fed OASDI/Disability - EE | $89.73 | |
| SC Withholding | $15.54 | |
| Total: | $126.26 | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.67 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| Total: | $34.50 | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $11.54 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| Total: | $374.49 | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.67 | |
| Total: | $3.67 | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $781.78 |
| Total: | | $931.78 |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000976210 | $931.78 |
| Total: | $931.78 |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC 29201

| | |
|---|---|
| Pay Begin Date: | 01/28/2019 |
| Pay End Date: | 02/10/2019 |
| Advice #: | 974475 |
| Advice Date: | 02/15/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC    29229

| | |
|---|---|
| Employee Id: | VBO0098 |
| Department: | |
| Location: | University Hospitals |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 0.40 | $10.61 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| **Total:** | **80.40** | **$1,425.81** | | |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $20.39 | |
| Fed OASDI/Disability - EE | $87.17 | |
| SC Withholding | $13.09 | |
| **Total:** | **$120.65** | |

## Before-tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K | $14.26 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| **Total:** | **$34.09** | |

## After-tax Deductions

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $11.54 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| **Total:** | **$374.49** | |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K Match | $3.56 | |
| **Total:** | **$3.56** | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $746.58 |
| **Total:** | | **$896.58** |

## Net Pay Distributions

| | |
|---|---|
| Advice #00000000974475 | $896.58 |
| **Total:** | **$896.58** |

# Non-Negotiable

# Payroll Information Statement

**VBO Associates, Inc.**
1441 Main Street
Suite 890
Columbia, SC 29201

| Pay Begin Date: | 01/14/2019 | Advice #: | 972799 |
| Pay End Date: | 01/27/2019 | Advice Date: | 02/01/2019 |

Tiffany D Mack
124 Elders Pond Cir
Columbia, SC   29229

| Employee Id: | VBO0098 |
| Department: | |
| Location: | University Hospitals |

| Tax Data | Federal | State |
| --- | --- | --- |
| Marital Status: | Single | Single |
| Allowances: | 9 | 9 |
| Addl. Amt.: | $0.00 | $0.00 |

## Hours And Earnings

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- |
| Regular Pay | 80.00 | $1,415.20 | | |
| OT Pay @ 1.5 | 3.83 | $101.63 | | |
| Holiday Pay | 0.00 | $0.00 | | |
| Paid Time Off | 0.00 | $0.00 | | |
| Total: | 83.83 | $1,516.83 | | |

## Taxes

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholding | $0.00 | |
| Fed FICA Med Hospital Ins / EE | $21.70 | |
| Fed OASDI/Disability - EE | $92.81 | |
| SC Withholding | $18.58 | |
| Total: | $133.09 | |

## Before-tax Deductions

| Description | Current | YTD |
| --- | --- | --- |
| 401K | $15.17 | |
| Pre Tax Dental | $2.66 | |
| Pre Tax Health Care | $12.89 | |
| Vision | $4.28 | |
| Total: | $35.00 | |

## After-tax Deductions

| Description | Current | YTD |
| --- | --- | --- |
| Bankruptcy | $302.50 | |
| Child Critical Illness | $0.51 | |
| EE Critical Illness | $6.78 | |
| Group Accident | $16.05 | |
| Gym Fees | $11.54 | |
| Voluntary AD&D | $1.38 | |
| Voluntary Dependent Life | $1.71 | |
| Voluntary Employee Life | $7.11 | |
| Voluntary Long Term Disability | $6.51 | |
| Voluntary Short Term Dis | $20.40 | |
| Total: | $374.49 | |

## Employer Paid Benefits

| Description | Current | YTD |
| --- | --- | --- |
| 401K Match | $3.79 | |
| Total: | $3.79 | |

## Direct Deposit Distributions

| Account Type | Account Number | Deposit Amount |
| --- | --- | --- |
| Savings | 15598955 | $150.00 |
| Checking | 15630997 | $824.25 |
| Total: | | $974.25 |

## Net Pay Distributions

| | |
| --- | --- |
| Advice #00000000972799 | $974.25 |
| Total: | $974.25 |

# Non-Negotiable

Fill in this information to identify your case:

Debtor 1 **Tiffany Denise Mack**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number **15-06842**
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.  Fill out this information for each dependent.............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | **7** | ☐ No ■ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

**Part 2:** Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 725.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 25.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Schedule J: Your Expenses

Debtor 1   **Tiffany Denise Mack** _____     Case number (if known)   **15-06842**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | **100.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | | **0.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | **185.00** |
| | 6d. Other. Specify: | 6d. $ | | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | | **588.00** |
| 8. | **Childcare and children's education costs** | 8. $ | | **215.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | **162.00** |
| 10. | **Personal care products and services** | 10. $ | | **61.00** |
| 11. | **Medical and dental expenses** | 11. $ | | **55.00** |
| 12. | **Transportation. Include gas, maintenance, bus or train fare.** Do not include car payments. | 12. $ | | **230.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | **25.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | **0.00** |
| | 15b. Health insurance | 15b. $ | | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | | **125.00** |
| | 15d. Other insurance. Specify: | 15d. $ | | **0.00** |
| 16. | **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.** Specify:  **AUTO PROPERTY TAXES** | 16. $ | | **22.58** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | **0.00** |
| | 17c. Other. Specify: | 17c. $ | | **0.00** |
| | 17d. Other. Specify: | 17d. $ | | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. $ | | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | | |
| | 20a. Mortgages on other property | 20a. $ | | **0.00** |
| | 20b. Real estate taxes | 20b. $ | | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | | **0.00** |

22. **Calculate your monthly expenses**
   22a. Add lines 4 through 21.  $ **2,518.58**
   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $
   22c. Add line 22a and 22b.  The result is your monthly expenses.  $ **2,518.58**

23. **Calculate your monthly net income.**
   23a. Copy line 12 _(your combined monthly income)_ from Schedule I.  23a. $ **2,602.61**
   23b. Copy your monthly expenses from line 22c above.  23b. -$ **2,518.58**

   23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._  23c. $ **84.03**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.    Explain here: **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO EXPENSES WITHIN THE NEXT YEAR.**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

IN RE:

**Tiffany Denise Mack**

(Set forth here all names including married, maiden, and
trade names used by debtor within the last 8 years.)

                    DEBTOR(S)

Address:
**124 Elders Pond Circle**
**Columbia, SC 29229**

Last four digits of Social-Security or Individual Tax-Payer-
Identification (ITIN) No(s)., (if any):
**6630**

Case No. 15-06842
Chapter 13

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT SHE PROPERLY SERVED THE FOREGOING NOTICE OF
AMENDED SCHEDULES AND STATEMENTS TO THE CHAPTER 7 TRUSTEE VIA CM/ECF AND CREDITOR
ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

Southeast Credit Systems
4120 International Parkway, Suite 1100
Carrollton, TX 75007

Palmetto Health Lab
3091 Governors Lake Drive, Suite 500
Peachtree, GA 30071

Midlands Endoscopy
PO Box 742280
Atlanta, GA 30374

Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

A Brighter Smile
1410 Colonial Life Blvd, Suite 160
Columbia, SC 29210

Columbia Plastic Surgery
3020 Sunset Blvd, Suite 100
Columbia, SC 29169

Pathology Associates of Lexington
PO Box 896156
Charlotte, NC 28289

Pitts Radiology
PO Box 602728
Charlotte, NC 28260-2728

Lexington Medical Center
2720 Sunset Blvd
West Columbia, SC 29169

Lexington Radiology Associates
110 E. Medical Lane, Suite 210B
West Columbia, SC 29169

MSN Management, LLC
7001 St. Andrews Road, Suite 336
Columbia, SC 29212

Tuition Options
PO Box 387
Marlton, NJ 08053

Date: August 8, 2019

/s/ Jamie A. Weller
Jamie A. Weller
Bankruptcy Paralegal
Moss & Associates, Attorneys, PA
816 Elmwood Ave.
Columbia, SC 29201

Label Matrix for local noticing
0420-3
Case 15-06842-jw
District of South Carolina
Columbia
Thu Aug  8 08:27:33 EDT 2019

PO Box 16408
St. Paul, MN 55116-0408

SOUTHERN AUTO FINANCE COMPANY c/o PERITUS PO
P.O. Box 141419
Irving, TX 75014-1419

J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

AARONS
1015 COBB PLACE BLVD, NW
Kennesaw GA 30144-3672

AMERICAN MUSICAL SUPPLY
PO BOX 152
Spicer MN 56288-0152

AMERICASH
880 LEE STREET, STE 302
Des Plaines IL 60016-6487

ATTORNEY GENERAL OF UNITED STATES
950 PENNSYLVANIA AVE, NW
Washington DC 20530-0001

AmeriCash Loans of South Carolina, L.L.C.
P.O. Box 184
Des Plaines, IL 60016-0003

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

(p)SECURITY FINANCE CENTRAL BANKRUPTCY
P O BOX 1893
SPARTANBURG SC 29304-1893

Brandon S. Lefkowitz
24100 Southfield Road
Suite 203
Southfield, MI 48075
Southfield, MI 48075-2851

CAPITAL ER GROUP
1 CENTERPOINTE DR
STE 450
La Palma CA 90623-1089

ECMC
PO BOX 64909
ST PAUL MN 55164-0909

EDUCATIONAL FUNDING RESOURCES
SOUTH UNIVERSITY
9 SCIENCE COURT
COLUMBIA SC 29203-9362

ENHANCED RECOVERY
PO BOX 57610
Jacksonville FL 32241-7610

IRS
PO BOX 7346
Philadelphia PA 19101-7346

LEXINGTON MEDICAL CENTER
PO BOX 100274
COLUMBIA, SC 29202-3274

MEDICAL DATA SYSTEMS
2001 9TH AVE
STE 312
Vero Beach FL 32960-6413

MEDICAL SERVICES OF AMERICA
PO BOX 890412
CHARLOTTE NC 28289-0412

NAVIENT
501 BLEECKER ST
Utica NY 13501-2401

NAVIENT
PO BOX 9635
Wilkes Barre PA 18773-9635

NPRTO SOUTH EAST
10619 SOUTH JORDAN GATEWAY, STE 100
South Jordan UT 84095-3974

NPRTO SOUTH-EAST LLC
256 WEST DATA DRIVE
DRAPER UT 84020-2315

Navient Solutions, Inc. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre, PA 18773-9430

PALMETTO HEALTH
PO BOX 364
COLUMBIA, SC 29202-0364

PALMETTO HEALTH BAPTIST
293 GREYSTONE BLVD
Columbia SC 29210-8004

PALMETTO OBGYN
1333 TAYLOR STREET
Columbia SC 29201-2951

PETERSON'S PLANTE INTERNAL
1750 LAUREL STREET
Columbia SC 29201-2625

PETERSON'S PLANTE INTERNAL
PO BOX 126
Concord NC 28026-0126

PROGRESSIVE NORTHERN INSURANCE
PO BOX 55126
Boston MA 02205-5126

(p)PORTFOLIO MANAGEMENT
PO BOX 1947
GREENVILLE SC 29602-1947

RECEIVABLE SOLUTIONS
1325 GARNERS LN
STE C
Columbia SC 29210-8327

REGIONS BANK
PO BOX 2409
Houston TX 77252-2409

RICHLAND COUNTY TREASURER
PO BOX 11947
Columbia SC 29211-1947

SAFCO
PO BOX 3475
Toledo OH 43607-0475

SANDHILLS PEDIATRICS
1749 MARSHALL ST
Columbia SC 29203-6952

SC DEPT OF REVENUE
PO BOX 12265
Columbia SC 29211-2265

SC DEPT OF SOCIAL SERVICES
SNAP PROGRAM
PO BOX 1520
Columbia SC 29202-1520

SC INTERNAL MEDICINE
PO BOX 11416
COLUMBIA SC 29211-1416

(p)SC STATE EDUCATION ASSISTANCE AUTHORITY
PO BOX 102425
COLUMBIA SC 29224-2425

SFC Central Bankruptcy
PO Box 1893
Spartanburg, SC 29304-1893

SISTERS OF CHARITY PROVIDENCE
110 GATEWAY CORP BLVD, STE 200
Columbia SC 29203-8922

SOUTHERN AUTO FINANCE COMPANY c/o
PERITUS PORTFOLIO SERVICES II, LLC
P.O. Box 141419
IRVING TX 75014-1419

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

TD BANK
PO BOX 129
Thorofare NJ 08086-0129

TMOBILE
PO BOX 2147
Southgate MI 48195-4147

US ATTORNEY'S OFFICE
ATTN DOUG BARNETT
1441 MAIN ST STE 500
Columbia SC 29201-2862

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

VERIZON
PO BOX 55126
Boston MA 02205-5126

Wells Fargo Bank, N.A
P.O. Box 45038 MAC Z3057012
Jacksonville, FL 322325038

Jason T. Moss
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201-2027

Tiffany Denise Mack
415 Elders Pond Circle
Columbia, SC 29229-7184

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

William K. Stephenson Jr.
PO Box 8477
Columbia, SC 29202-8477

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BOND FINANCE
3902 TWO NOTCH ROAD
Columbia SC 29204

QUICK CREDIT
6432 TWO NOTCH ROAD
Columbia SC 29203

SC State Education Assistance Authority
PO Box 102425
Columbia, SC 29224

SPRINT
PO BOX 7949
Overland Park KS 66207

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ECMC
P.O. Box 16408
St. Paul, MN  55116-0408

(d)ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

End of Label Matrix
Mailable recipients    54
Bypassed recipients     2
Total                  56